UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

WILLIAM CARL YORK,           )
                             )
        Plaintiff,            )
                             )    **JUDGMENT IN A CIVIL CASE**
v.                           )    **CASE NO. 7:17-CV-23-D**
                             )
                             )
SOCIAL SECURITY ADMINISTRATION, )
                             )
        Defendant.            )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that this court lacks subject-matter jurisdiction over plaintiffs claim under the Federal Tort Claims Act. See [D.E. 17] 6-8. Moreover, to the extent plaintiff seeks relief under 42 U.S.C. § 405, plaintiff has failed to exhaust his administrative remedies. See id. at 8-12. Thus, the court GRANTS defendants' motion to dismiss [D.E. 16] and DISMISSES the complaint without prejudice.

**This Judgment Filed and Entered on October 12, 2017, and Copies To:**

William Carl York                      (Sent to 617-B N Wilson St. Chadbourn,
                                        NC 28431 via US Mail)

Rudy E. Renfer                         (via CM/ECF electronic notification)

DATE:                     PETER A. MOORE, JR., CLERK
October 12, 2017              (By) /s/ Nicole Briggeman
                                   Deputy Clerk